UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

STEVEN GRANT,

        Plaintiff,

    -v-                                     No.  17 CV 7276-LTS-KNF

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

--------------------------------------------------------x


ORDER ADOPTING REPORT & RECOMMENDATION

        The Court has reviewed Magistrate Judge Kevin Nathaniel Fox's July 26, 2019,

Report and Recommendation (the "Report") (docket entry no. 33) which recommends that

Plaintiff's motion for judgment on the pleadings (docket entry no. 22) be granted and the matter

remanded to the Commissioner for further proceeds pursuant to sentence four of 42 U.S.C. §

405(g), and that Defendant's motion for judgment on the pleadings (docket entry no. 10) be

denied.  No objections to the Report have been received.

        In reviewing a report and recommendation, a district court "may accept, reject, or

modify, in whole or in part, the findings or recommendations made by the magistrate [judge]."

28 U.S.C.A. § 636(b)(1)(C) (LexisNexis 2017).  "In a case such as this one, where no timely

objection has been made, a district court need only satisfy itself that there is no clear error on the

face of the record."  Johnson v. New York University School of Education, No. 00 Civ. 8117, at

*1, 2003 WL 21433443 (S.D.N.Y. June 16, 2003).

        The Court has reviewed carefully Magistrate Judge Fox's thorough and well-

reasoned Report and Recommendation and finds no clear error.  The Court therefore adopts the

Report in its entirety for the reasons stated therein.  Accordingly, Plaintiff's motion for judgment

on the pleadings is granted and Defendant's motion for judgment on the pleadings is denied.

The matter is remanded to the Commissioner for further proceeds pursuant to sentence four of 42

U.S.C. § 405(g).  This Order resolves docket entry nos. 10 and 22.  The Clerk of Court is

requested to enter judgment accordingly.


     SO ORDERED.

Dated: New York, New York
       September 17, 2019


          /s/ Laura Taylor Swain      
         LAURA TAYLOR SWAIN
         United States District Judge